US DISTRICT COURT INDEX SHEET



USA

LANE

LMM
3:94-CR-669
*357*
*CRDOCSEAL*



USA                                                               94cr0669B

-v-

Howard Lane, et al.,

SEALED DOCUMENT

357