USDC SCAN INDEX SHEET



USA

LANE

LMM    6/19/97    13:10

3:94-CR-00669

*357*

*CRINDISPS.*

FILED

MAR 28 1997

CLERK, U.S. DIS... COURT
SOUTHERN DISTRICT...
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

May 1996 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Criminal Case No. 94-0669-B |
|                                     ) | |
|                      Plaintiff,     ) | I N D I C T M E N T |
|                                     ) | (6th Superseding) |
|                                     ) | |
|        v.                           ) | Title 21, U.S.C., Secs. 846 and |
|                                     ) | 841(a)(1) - Conspiracy to |
| STANLEY GEORGE LITWIN (11),         ) | Distribute Marijuana |
| BANNING CLINE BAYLESS (12),         ) | |
|     aka "Banos"                     ) | |
| STEVEN THOMAS BIGLER (14),          ) | |
| JOSEPH EDWARD ANGELINI (15),        ) | |
| JAMES O'NEILL (16),                 ) | |
| BERNARD EDWARD RENN (17),           ) | |
| JOHN MASON CHICK (18),              ) | |
| JOHN ALEXANDER ROY (19),            ) | |
|                                     ) | |
|                      Defendants.    ) | |

The grand jury charges:

From in or about September 1992, to in or about October 1994, within the Southern District of California, and elsewhere, defendants STANLEY GEORGE LITWIN, BANNING CLINE BAYLESS, aka "Banos", STEVEN THOMAS BIGLER, JOSEPH EDWARD ANGELINI, JAMES O'NEILL, BERNARD EDWARD RENN, JOHN MASON CHICK, and JOHN ALEXANDER ROY, did knowingly and intentionally conspire with each other and

TDC:mdd:San Diego
03/27/97

cc: AUSA
5-9-97

with other persons known and unknown to the grand jury to distribute marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## PURPOSE AND OBJECT

It was the purpose and object of this conspiracy to distribute marijuana which was imported into the United States from Thailand.

## METHODS AND MEANS

As a part of and to facilitate the conspiracy, the conspirators, both named and unnamed herein, did utilize the following methods and means:

1. Daniel John Keefer and Stephen Lloyd Chula (both charged elsewhere) each headed a drug distribution organization.

2. Beginning in or about September 1992, Keefer and Chula agreed to purchase and distribute approximately 5,500 pounds of marijuana from Thailand.

3. Defendant JOHN MASON CHICK invested money in the smuggling venture, and introduced Chula to the marijuana sources of supply in Thailand.

4. In late May 1993, defendants STEVEN THOMAS BIGLER, STANLEY GEORGE LITWIN and JOHN ALEXANDER ROY imported approximately 5,500 pounds of marijuana from Thailand by sailboat to a point near Santa Catalina Island, California.

5. The marijuana was then transferred to two smaller "Skip Jack" boats and brought ashore at Dana Point Harbor. Don Chase Edler (charged elsewhere) and defendants JOSEPH EDWARD ANGELINI and JAMES O'NEILL transported part of the marijuana aboard one "Skip Jack" boat, and William Edward Henry (charged elsewhere) and

2

1 | defendant BERNARD EDWARD RENN transported the rest of the marijuana
2 | aboard the other "Skip Jack" boat.
3 |     6. The marijuana was stored at several "stash" locations
4 | throughout Southern California. From in or about June 1993 to
5 | October 1994, Keefer, Chula and other members of this drug
6 | organization arranged for the distribution and sale of the
7 | marijuana to several individuals.
8 | All in violation of Title 21, United States Code, Section 846.
9 |     DATED: March 28, 1997.

A TRUE BILL:

_____
Foreperson

ALAN D. BERSIN
United States Attorney

By: _____
ROBERT CIAFFA
Assistant U.S. Attorney

By: _____
TIMOTHY D. COUGHLIN
Assistant U.S. Attorney

3