UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. JOHN ALEXANDER ROY (19), Defendant. | Case No.: 94-CR-00669-JAH-19 **JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT FOR DEFENDANT 19 JOHN ALEXANDER ROY AND RECALL OF ARREST WARRANT** |
|---|---|

Presently before the Court is the United States of America's Motion to Dismiss the Indictment and Recall the Arrest Warrant of Defendant John Alexander Roy pursuant to Federal Rule of Criminal Procedure 48(a). (ECF No. 743). Upon consideration of the motion, IT IS HEREBY ORDERED that the motion is GRANTED. The Sixth Superseding Indictment is dismissed without prejudice and the arrest warrant is recalled for Defendant John Alexander Roy only.

**IT IS SO ORDERED.**

DATED: May 7, 2024

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE